B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br>    Len Polichuk<br>        Debtor | Bankruptcy No. 08-10783ELF |
| Bonnie Finkel, as Chapter 7<br>Trustee of the Estate of<br>Leonard Polichuk<br>        Plaintiff | Adversary No. 10-00031 |
| vs.<br>Len Polichuk, Marina Ayzenberg,<br>Joseph Ayzenberg, Lena Polnet,<br>Larissa Labed, Andrew Nechiporenko,<br>Steven Kravits, Steven Rutaky, Fox<br>Lake Management, LLC, LLC, Metro<br>Developments, LLC, LAML Management, Inc.<br>Fox Lake Realty Limited Partnership, Marina<br>Reinsurance, Motostrada LLC, New Century<br>Rehabilitation LLC, Dynamic Funding, Grey<br>Hound Properties, LLC, Letterly Realty,<br>John Does 1 to 10, John Doe Corporations<br>of Partnerships 1 to 10<br>        Defendants | |

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.  Answer is due 03/03/2010.

| | |
|---|---|
| Address of Clerk | U.S. Bankruptcy Court<br>Robert N.C. Nix Building<br>900 Market Street, Suite 400<br>Philadelphia  PA   19107-4299 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| | |
|---|---|
| Name/Address of Plaintiff's Attorney | Gary D. Bressler<br>1617 JFK Blvd.<br>Suite 1500<br>Philadelphia, PA 19123-1815 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

        FOR THE COURT

        TIMOTHY B. MCGRATH
        CLERK

February 1, 2010

        By: s/ Antoinette Stevenson
        Deputy Clerk

Bankruptcy No. 08-10783ELF     Adversary No. 10-00031

CERTIFICATE OF SERVICE

I, _____ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ (date) by:

( ) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law:  The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____          _____
Date                                              Signature

Print Name           _____

Business Address  _____

City, State, Zip      _____