UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>LEN POLICHUK a/k/a LEONID POLICHUK,<br><br>            Debtor. | Case No. 08-10783-ELF<br><br>Chapter 7<br><br>Honorable Eric L. Frank |
| BONNIE FINKEL, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF LEONARD POLICHUK,<br><br>            Plaintiff,<br><br>v.<br><br>LEN POLICHUK, et al.,<br><br>            Defendants. | Adversary No. 10-0031 (ELF) |

### ORDER DENYING NON-DEBTOR DEFENDANTS' SUPPLEMENTAL MOTION TO QUASH CHAPTER 7 TRUSTEE'S THIRD PARTY SUBPOENAS

Upon consideration of Non-Debtor Defendants' Supplemental Motion to Quash Chapter 7 Trustee's Third Party Subpoenas (the "Motion"), and the response thereto filed the Trustee, and after a hearing, **IT IS HEREBY ORDERED** that the Non-Debtor Defendants' Motion is **DENIED.**

Dated: _____ 2012

_____
Honorable Eric L. Frank
United States Bankruptcy Judge