# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> LEN POLICHUK a/k/a LEONID POLICHUK, <br><br> Debtor. | Case No. 08-10783-ELF <br><br> Chapter 7 <br><br> Honorable Eric L. Frank |
| BONNIE FINKEL, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF LEONARD POLICHUK, <br><br> Plaintiff, <br><br> v. <br><br> LEN POLICHUK, et al., <br><br> Defendants. | Adversary No. 10-0031 (ELF) |

## NOTICE OF TRUSTEE'S ELECTION TO EXTEND DISCOVERY DEADLINE

Bonnie Finkel, Chapter 7 Trustee (the "Trustee") for the Estate of Len Polichuk a/k/a Leonid Polichuk (the "Debtor"), and Plaintiff in the above-captioned adversary proceeding, by and through her undersigned attorneys, hereby issues Notice of her election to extend the discovery deadline, and in support thereof states as follows:

### NOTICE

1. On June 6, 2013, the Court entered Pre-Trial Order #8 (Adv. Doc. No. 521), which provides, in paragraph 3, that "**On or before July 3, 2013,** the Plaintiff may elect to extend the discovery deadline by filing a Notice with the court."

2. Further, Pre-Trial Order #8 provides, in paragraph 4, that "If the Plaintiff makes the election authorized by paragraph 3 above, the discovery deadline is **EXTENDED** only for discovery initiated by the Plaintiff. For all other parties, the discovery deadline of **June 27, 2013**

set forth in Paragraph 6.b. of Pre-Trial Order #7 **SHALL REMAIN IN FULL FORCE AND EFFECT.**"

    3.    Accordingly, Plaintiff hereby gives notice of her election to extend the discovery deadline, as authorized in paragraph 3 of Pre-Trial Order #8. As such, the following pretrial deadlines apply in this adversary proceeding:

    a.  Subject to Paragraph 4 of Pre-Trial Order #8, all discovery, including all expert discovery, shall be completed on or before **July 29, 2013**.

    b.  All motions to amend the pleadings, or for summary judgment, shall be filed on or before **August 19, 2013**. If any such a motion is filed, the parties are not relieved of their obligation to comply with the balance of the Pretrial Order, as modified in Pre-Trial Order #8.

    c.  All pre-trial disclosures pursuant to Fed. R. Civ. P. 26(a)(3) shall be served on opposing parties and filed with the bankruptcy court **on or before September 16, 2013**.

    d.  Any objections to Rule 26(a)(3) disclosures shall be served on opposing counsel and filed with the bankruptcy court **on or before September 23, 2013**.

    e.  A Joint Pretrial Statement shall be filed in the form described in Pretrial Order #1 **on or before October 21, 2013**.

    f.  A mandatory pretrial/settlement conference shall be held on **October 24, 2013, at 1:00 p.m., in Bankruptcy Courtroom No. 1, Robert N.C. Nix Federal Building and Courthouse, 900 Market Street, Philadelphia, Pennsylvania**.

Respectfully Submitted,

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Dated: June 28, 2013    By:    /s/ *Aaron S. Applebaum*
Gary D. Bressler
Aaron S. Applebaum
1617 John F. Kennedy Blvd. Suite 1500
Philadelphia, PA 19103-1815
Tel: 215-557-2900
*Counsel to Plaintiff, the Chapter 7 Trustee*

2