# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| LEN POLICHUK a/k/a LEONID POLICHUK, | Case No. 08-10783-ELF |
| Debtor. | |
| BONNIE FINKEL, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF LEONARD POLICHUK, | Adversary No. 10-0031 (ELF) |
| Plaintiff, | |
| v. | |
| LEN POLICHUK, et al., | |
| Defendants. | |

## PRAECIPE FOR WITHDRAWAL OF APPEARANCE

TO THE PROTHONOTARY:

Kindly withdraw the appearance of Ashely M. Chan of the law firm of Hangley Aronchick Segal Pudlin & Schiller on behalf of defendant Len Polichuk in the above-captioned matter.

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

Dated: April 28, 2014

By:  /s/ Ashely M. Chan
Ashely M. Chan
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200

*Counsel for Defendant Len Polichuk*

**CERTIFICATE OF SERVICE**

    I, Ashely M. Chan, certify that on this day, April 28, 2014, I caused a true and correct copy of the foregoing Praecipe for Withdrawal of Appearance to be served by filing it via the Court's electronic filing system, which will send a notification to all counsel of record.

Dated: April 28, 2014                     /s/ Ashely M. Chan
                                                     Ashely M. Chan